

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00216-CR

Alejandro Joel **CHAPA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3792B
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 4, 2017. Appellant's appointed counsel, Mr. Matthew Allen, has been granted two previous extensions, the latest until November 3, 2017. On October 31, 2017, Mr. Allen filed his third request for an extension.

The motion is GRANTED, and Mr. Allen is hereby ORDERED to file appellant's brief no later than December 4, 2017. Mr. Allen is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

If the brief or a conforming motion is not filed by December 4, 2017, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or Mr. Allen has abandoned the appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

Keith E. Hottle
Clerk of Court